**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-6016**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEVE HICKMAN, a/k/a Steve Miller,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-93-144-BO)

—————————

Submitted: March 11, 1999          Decided: March 18, 1999

—————————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Steve Hickman, Appellant Pro Se. David Paul Folmar, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steve Hickman appeals the district court's order denying his motion for grand jury transcripts.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>United States v. Hickman</u>, No. CR-93-144-BO (E.D.N.C. Nov. 12, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>